IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TAUREAN DAVIS, )<br>    )<br>  Plaintiff, )<br>    )<br>  v. )<br>    )<br>HOUSTON COUNTY JAIL, )<br>    )<br>  Defendant. ) | CIVIL ACTION NO.<br>1:24cv487-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was incarcerated at the Houston County Jail, was one of many inmates who signed on to a group complaint about various conditions in the jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of January, 2025.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**